JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Weijie Xu, an individual, | Case No. 2:24-cv-08671-RGK-BFM |
| Petitioner, | [PROPOSED] FINAL JUDGMENT |
| vs. | Judge: Hon. R. Gary Klausner |
| Chenshi Zhuang, an individual; Qufang Zhuang, an individual; Zhihui Zhuang, an individual; and Zhifeng Zhuang, an individual | |
| Respondents. | |

Upon the Court's consideration of Petition for Confirmation, Recognition and Enforcement of Foreign Arbitration Award (Dkt. No. 1) filed by Petitioner Weijie Xu ("Mr. Xu" or "Petitioner"), Petitioner's Memorandum of Law in Support thereof (Dkt. No. 2), Counsel's declaration in support thereof and exhibits thereto (Dkt. No. 3), Petitioner's Notice of Motion and Motion to Enforce (Dkt. No. 36), Respondents' Memorandum in Opposition (Dkt. No. 40), Petitioner's Reply Memorandum (Dkt. No. 43), and all supporting documents submitted together with these documents.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT** for the reasons set forth in this Court's In Chambers Order Granting Petition to Confirm Arbitration Award (Dkt. No. 44) dated May 1, 2025, the arbitral award (the "Award") dated December 1, 2021 and entered in favor of Weijie Xu and against Respondents Chenshi Zhuang; Qufang Zhuang; Zhihui Zhuang; and Zhifeng Zhuang by the Shenzhen Court of International Arbitration located in Shenzhen City, Guangdong Province, China is

confirmed and recognized pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 201 *et seq.*, and the Convention on the Recognition and Enforcement of Foreign Arbitral Awards (commonly referred to as the "New York Convention").

**IT IS HEREBY ALSO ORDERED, ADJUDGED, AND DECREED THAT** that final judgment is entered against Respondents Chenshi Zhuang; Qufang Zhuang; Zhihui Zhuang; and Zhifeng Zhuang and in favor of Petitioner Weijie Xu in the amount of **$4,632,478.24 USD** (based on the prevailing currency conversion rate between the United States Dollar and the Chinese Yuan on December 1, 2021, the date of the Award), or RMB ¥29,482,569.63, which is comprised of:

(1) loan principal in the amount of RMB ¥23,000,000.00;

(2) interest in the amount of RMB ¥13,663,386.30 (from June 30, 2021 to May 8, 2025);

(3) arbitration fee in the amount of RMB ¥286,874.00;

(4) property preservation fees in the amount of RMB ¥20,625.00; and

(5) a credit in the amount of RMB (¥7,488,315.67) reflecting collection that Mr. Xu has been able to make in China to satisfy the Award.

**IT IS ALSO ORDERED, ADJUDGED, and DECREED** that post-judgment interest to run on the above-mentioned amounts as provided by 28 U.S.C. § 1961.

**IT IS ALSO ORDERED, ADJUDGED, and DECREED** that Respondents Chenshi Zhuang; Qufang Zhuang; Zhihui Zhuang; and Zhifeng Zhuang are each jointly and severally liable for the above-mentioned amounts.

**IT IS ALSO ORDERED, ADJUDGED, and DECREED** that the Preliminary Injunction (Dkt. No. 45) entered by this Court shall continue in force to facilitate Mr. Xu's enforcement of this Judgment.

**IT IS ALSO ORDERED, ADJUDGED, and DECREED** that Mr. Xu is awarded his costs of suit.

///

///

**IT IS ALSO ORDERED, ADJUDGED, and DECREED** that Mr. Xu is directed to file his Motion for Attorneys' Fees and Costs within fourteen (14) days in compliance with Local Rule 54-7.

Dated: 5/9/2025

_____
HON. R. GARY KLAUSNER
Unites States District Judge