**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Weijie Xu, an individual,<br><br>    Petitioner,<br><br>    vs.<br><br>Chenshi Zhuang, an individual; Qufang Zhuang, an individual; Zhihui Zhuang, an individual; and Zhifeng Zhuang, an individual<br><br>    Respondents. | Case No. 2:24-cv-08671-RGK-BFM<br><br>**[PROPOSED] ORDER CONCERNING CONTEMPT OF COURT BY ZHIFENG ZHUANG**<br><br>**Judge:  Hon. R. Gary Klausner** |

The Court, having considered *Certification of Facts and Order* (Dkt. No. 97) by Magistrate Judge Brianna Fuller Mircheff, and finding good cause shown, hereby ORDERS that:

1.  Zhifeng Zhuang is admonished and reprimanded for failure to attend the January 26, 2026 contempt hearing, as this is Mr. Zhuang's third consecutive failure to make a required court appearance in this action.

2. A bench warrant for the arrest of Zhifeng Zhuang is hereby issued and held until **February 9, 2026**.

3. Zhifeng Zhuang **must** provide, by no later than **February 6, 2026**, all post-judgment discovery in response to Petitioner Weijie Xu's post-judgment discovery requests, which were propounded on Zhifeng Zhuang on August 16, 2026.

///

ORDER

4. Zhifeng Zhuang **must** appear **in person** on **February 9, 2026**, at 1:30 pm before Hon. R. Gary Klausner in Courtroom 850, Roybal Court House, 255 E. Temple Street, Los Angeles, CA 90012 to show cause why he should not be adjudged in contempt and why he should not be fined $5,000 per day until he fully complies with all Court orders in this action.

5. If he cannot communicate effectively in English, Zhifeng Zhuang **must** bring, **at his own expense**, a certified and competent interpreter fluent in Mr. Zhuang's native language and English to the required **February 9, 2026** court appearance. Failure to bring an interpreter shall constitute a breach of this Court order as if Mr. Zhuang fails to attend the court hearing. Mr. Zhuang may contact this Court's Interpreter Services at 213-894-4370 for assistance.

6. The bench warrant issued herein shall immediately go into effect if Zhifeng Zhuang does not attend the **February 9, 2026** court hearing and the U.S. Marshals Service shall then be authorized to use reasonable force necessary to apprehend Zhifeng Zhuang, including forcible entry into any residence or domicile believed to be associated with Zhifeng Zhuang.

7. Petitioner will be authorized to file an application to recover all reasonable fees and costs incurred as a result of Mr. Zhuang's non-compliance with court orders in this action.

8. Zhifeng Zhuang is reminded that this is an **ORDER** issued by a **COURT** of the United States of America and compliance therewith is mandatory.

9. The Clerk of the Court is directed to immediately mail this order to Mr. Zhuang at Zhifeng Zhuang, 942 S Ramona St, San Gabriel, CA 91776 and service is deemed complete upon mailing.

Dated: 1/29/2026

_____
HON. R. GARY KLAUSNER
United States District Judge

ORDER