closed

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Weijie Xu, an individual,

Petitioner,

vs.

Chenshi Zhuang, an individual; Qufang Zhuang, an individual; Zhihui Zhuang, an individual; and Zhifeng Zhuang, an individual

Respondents.

Case No. 2:24-cv-08671-RGK-BFM

**ORDER CONCERNING CONTEMPT OF COURT BY ZHIFENG ZHUANG**

**[109]**

WHEREAS, on January 13, 2026, this Court entered an order (ECF No. 98) compelling Respondent Zhiefeng Zhuang to appear in person on January 26, 2026 to show cause why he should not be adjudged in contempt by reason of the facts certified in Magistrate Judge Brianna Fuller Mircheff's Certification and Order (ECF No. 98) filed on December 24, 2025, and why he should not be fined $5,000 per day until he fully complies with Judge Mircheff's September 25, 2025 order concerning post-judgment discovery.

WHEREAS, Mr. Zhuang failed to appear in person as ordered by the Court on January 26, 2026;

WHEREAS, this Court issued a new order on January 29, 2026 (ECF No. 103) (i) issuing a bench warrant for the arrest of Mr. Zhuang for contempt of court but holding the same until February 9, 2026 and (ii) compelling Mr. Zhuang to appear in person on February 9, 2026 to explain among other things why he should not be fined $5,000 a day as recommended by Magistrate Judge Mircheff for contempt of court.

ORDER

WHEREAS, Mr. Zhuang failed to attend the February 9, 2026 court hearing as ordered by the Court.

WHEREAS, by order dated February 10, 2026 (ECF No. 106), this Court released the bench warrant for the arrest of Mr. Zhuang to the United States Marshals Service for execution.

The Court, having considered the record of this case, and finding good cause shown, hereby further ORDERS that:

1.  Zhifeng Zhuang is fined $5,000 daily, effective **ten days** after the date of this order, until he complies with Judge Mircheff's September 25, 2025 order concerning post-judgment discovery.

2. Petitioner Weijie Xu, if he so wishes, shall file an application to recover all reasonable fees and costs incurred as a result of Zhifeng Zhuang's non-compliance with court orders in this action within **fourteen days** after the date of this order.

3. The Clerk of Court is directed to serve this Order on Zhifeng Zhuang at the following address, 942 S Ramona St, San Gabriel, CA 91776 and service is deemed complete upon mailing.

Dated: 3/31/2026

_____

HON. R. GARY KLAUSNER

United States District Judge

ORDER