**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| WEIJIE XU,<br>Plaintiff,<br>v.<br>CHENSHI ZHUANG, et al.,<br>Defendants. | No. 2:24-cv-08671-RGK-BFM<br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Motion for Attorney's Fees, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.

2. Plaintiff's Motion for Attorney's Fees (ECF 112) is granted in part, and Plaintiff is awarded a total of $41,244.30 in attorney's fees. That amount is allocated as follows:

a. Respondents Chenshi Zhuang, Quafang Zhuang, Zhihui Zhuang, and Zhifeng Zhuang are jointly and severally liable for

$19,481.70.

b. Respondent Zifeng Zhuang is solely liable for fees in excess of that amount, $21,762.60.

3. The Court Clerk shall serve this Order on all counsel or parties of record.

DATED: 7/14/2026

Gary Klausner

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE